Charles A. Tallman, Appellant, v. The E. F. Goodrich Company of New York, Respondent.— Judgment and order affirmed, by default, with costs. Woodward, Hooker, Gaynor, Rich and Miller. JJ., concurred.

Thompson Bonney Company, Respondent, v. I. S. Van Loan Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Adaline Gertrude Tobin, Appellant, v. Irene Quenzer and Others, Respondents.— Final order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Catherine D. Turner, Appellant, v. Helen Elizabeth Quillin and Others, Defendants, Impleaded with Philander B. Pierson, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Adolf Wexler, Appellant, v. Samuel Yudin, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William A. Winant, Respondent, v. The Atlantic Gulf and Pacific Coast Company, Defendant, Impleaded with The Atlantic Gulf and Pacific Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Mary Ann Adams and Alfred D. Fohs, as Executors, etc., of Walter Adams, Deceased, Respondents, v. George A. Elwood, Defendant, Impleaded with Arthur H. Cameron, Appellant.— Motion for stay granted, with costs. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Mary Ann Adams and Alfred D. Fohs, as Executors, etc., of Walter Adams, Deceased, Respondents, v. George A. Elwood, Defendant, Impleaded with Arthur H. Cameron, Appellant.— Motion to punish for contempt denied, without costs, with leave to renew if so advised. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Edward R. Case, Respondent, v. Delbert G. Donnocker, Appellant.— Judgment and order affirmed, with costs. Order denying motion for new trial on the ground of newly-discovered evidence affirmed, with ten dollars costs and disbursements. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Commissioner of Public Charities of New York, Appointed for the Boroughs of Brooklyn and Queens, on Complaint of Florence Wallace, Respondent, v. Arno Schmidt, Appellant.— Judgment of conviction affirmed by default. Hirschberg, P. J , Hooker, Gaynor, Rich and Miller, JJ., concurred.

Edward C. J. Finch, Plaintiff, v. Earl A. Gillespie, Defendant.— Submission dismissed, without costs, with leave to the parties to provide for judgment by an additional submission, if so advised, within twenty days. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

John Glennon, Appellant, v. New York City Railway Company, Respondent. — Order of the County Court of Westchester county reversed, without costs, and case remitted for trial on the ground that the defendant was a resident of the county within the meaning of sections 340 and 341 of the Code of Civil